**FILED**

06/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0057

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Cause No. DA 22-0057

THOMAS PENNELL and MINDY PENNELL,

                Plaintiffs and Appellants,

-vs-

NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; FIRST AMERICAN TITLE COMPANY OF MONTANA, INC.; DANIEL INMAN; and JOHN DOES 1-10,

                Defendants and Appellees.

**ORDER GRANTING
EXTENSION TO FILE
AMICUS BRIEF**

Upon *Amicus Curiae* Montana Land Title Association's ("MLTA") Unopposed Motion for Extension of Time to File Amicus Brief, and with good cause appearing,

**IT IS HEREBY ORDERED** that MLTA shall have up to and including Friday, July 8, 2022, to file its Amicus Brief.

ELECTRONICALLY SIGNED AND DATED AS INDICATED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 2 2022